Jason M. Katz (jkatz@hhdulaw.com)
State Bar No. 24038990
Laurie N. Patton (lpatton@hhdulaw.com)
State Bar No. 24078158
HIERSCHE, HAYWARD,
DRAKELEY & URBACH, P.C.
15303 Dallas Parkway, Suite 700
Addison, TX 75001-4610
Telephone:   (972) 701-7000
Facsimile:    (972) 701-8765

**LOCAL COUNSEL FOR PLAINTIFF**
**CHESTER W. SAMBROSKY**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **CHESTER W. SAMBROSKY,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 3:18-cv-02510-S |
| | § | |
| **ARSTRAT, LLC,** | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE ON BEHALF OF
## PLAINTIFF CHESTER W. SAMBROSKY

COMES NOW, Laurie N. Patton of the law firm of Hiersche, Hayward, Drakeley & Urbach, P.C., and pursuant to Local Rule 83.10(c), hereby enters her Notice of Appearance as counsel of record on behalf of Plaintiff Chester W. Sambrosky, and requests that all papers, notices and other materials pertaining to this matter be directed to her attention at the contact information below:

**Laurie N. Patton (lpatton@hhdulaw.com)**
**HIERSCHE, HAYWARD, DRAKELEY & URBACH, P.C.**
**15303 Dallas Parkway, Suite 700**
**Addison, TX 75001-4610**
**(972) 701-7000 – Telephone**
**(972) 701-8765 – Facsimile**

Dated: December 12, 2018.   Respectfully submitted:

> By: */s/ Laurie N. Patton*
> Jason M. Katz (jkatz@hhdulaw.com)
> State Bar No. 24038990
> Laurie N. Patton (lpatton@hhdulaw.com)
> State Bar No. 24078158
> HIERSCHE, HAYWARD,
> DRAKELEY & URBACH, P.C.
> 15303 Dallas Parkway, Suite 700
> Addison, TX 75001-4610
> Telephone:   (972) 701-7000
> Facsimile:   (972) 701-8765
>
> **LOCAL COUNSEL FOR PLAINTIFF**
> **CHESTER W. SAMBROSKY**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 12, 2018, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requesting electronic notification.

> */s/ Laurie N. Patton*
> Laurie N. Patton