# United States District Court
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| CHESTER W SAMBROSKY | § § | |
| v. | § § | CASE NO. 3:18-CV-02510-S |
| ASTRAT LLC | § § § | |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** this case to mediation before:

Jay Zeleskey
Zeleskey Meidations
8117 Preston Road
Suite 300
Dallas, Texas 75225
(214) 706-9080
Jay@ZeleskeyMediations.com

Mediation shall be in person and completed by **90 days before trial**.

The Mediator shall be responsible for communicating with counsel to coordinate a date for the mediation. Upon completion of the mediation, the Mediator shall submit a report to the Court within five days.

**SO ORDERED.**

SIGNED January 30, 2019.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE